FILED

2012 OCT 26 PM 1:51

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PROFESSIONAL PLASTERING &
STUCCO, INC.,

    Plaintiff,

vs.

CASE NO.: 6:12-cv-1613-ORL-19-DAB

ADMIRAL INSURANCE COMPANY,
NATIONAL FIRE AND MARINE
INSURANCE COMPANY, and ESSEX
INSURANCE COMPANY,

    Defendants.

_____

## DEFENDANT'S NOTICE OF REMOVAL

To:    The Honorable Judges of the United States District Court, Middle District of Florida, Orlando Division.

Defendant, National Fire & Marine Insurance Company ("National Fire & Marine") by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441(a) and 1446, respectfully shows the following as grounds for removal of the above-captioned action.

1.    On or about September 12, 2012, the above styled action was filed in the Circuit Court for the 18th Judicial Circuit, in and for Seminole County, Florida, proceeding therein as Case No. 2012-CA0-4627-16-G

2.    At issue are claims for breach of contract, common law bad faith, Florida statutory bad faith, and violation of F.S. § 626.9541 wherein Plaintiff seeks to recover against its insurers at least $7,723,225.00, the judgment amount entered against Plaintiff in Case No. 2008-CA-10-0049, Court of Common Pleas for the Ninth Judicial

Circuit, Charleston County, South Carolina. Accordingly, the amount in controversy exceeds $75,000.

3. National Fire & Marine was served with the Summons and Complaint in this action on September 27, 2012. Defendants, Admiral Insurance Company and Essex Insurance Company were served on or after September 27, 2012. Removal is therefore timely.

4. By allegation, Plaintiff was a "Florida corporation with its principal business office in Sanford, Seminole County, Florida." (See Complaint, ¶3). Thus, pursuant to 28 U.S.C. §1332 (c)(1), Plaintiff is a citizen of the state of Florida.

5. At the time of the filing and service of the Complaint, and at the time of the filing of this Notice of Removal, Defendant National Fire & Marine was and is an insurance company organized and incorporated pursuant to the laws of the state of Nebraska and maintaining its principal place of business in Nebraska. Thus, pursuant to 28 U.S.C. §1332(c)(1), Defendant National Fire & Marine is a citizen of the state of Nebraska.

6. At the time of the filing of the Complaint, and at the time of the filing of this Notice of Removal, Defendant Admiral Insurance Company was and is an insurance company organized and incorporated pursuant to the laws of the state of Delaware and maintaining its principal place of business in Delaware. Thus, pursuant to 28 U.S.C. §1332(c)(1), Defendant Admiral Insurance Company is a citizen of the state of Delaware.

7. At the time of the filing of the Complaint, and at the time of the filing of this Notice of Removal, Defendant Essex Insurance Company was and is an insurance company organized and incorporated pursuant to the laws of the state of Delaware and maintaining its principal place of business in Virginia. Thus, pursuant to 28 U.S.C. §1332(c)(1), Defendant Essex Insurance Company is a citizen of the states of Delaware and Virginia.

8. As Plaintiff seeks to recover damages in an amount greater than seventy-five thousand dollars ($75,000) exclusive of interest, costs and fees, and because this Court has original jurisdiction by reason of complete diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332, removal is appropriate pursuant to 28 U.S.C. §§ 1441(a) and 1446.

9. Venue is proper in this District under 28 U.S.C. §1441(a) because this District and Division embrace the place where the removed action has been pending

10. True and legible copies of all process, pleadings and orders served upon National Fire in the above-captioned action and all process, pleadings, orders and other papers or exhibits of every kind are attached as Composite Exhibit "A" to this Notice of Removal, pursuant to 28 U.S. C. §1446(a) and M.D. Fla. Local Rule 4.02.

11. Defendants Admiral Insurance Company and Essex Insurance Company consent to the removal of this action.

12. Written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal, will be served on the Plaintiff and will be filed with the Clerk of the Circuit Court of the 18th Judicial Circuit, in and for Seminole County, Florida, as required by 28 U.S.C. §1446(d).

WHEREFORE, defendant National Fire & Marine Insurance Company hereby gives notice that the above-referenced action should be removed from the Circuit Court, in and for the 18th Judicial District of Florida, Seminole County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, pursuant to the authority of 28 U. S. C §1441 and pursuant to the procedures provided in 28 U.S.C. §1446.

Respectfully submitted, this 25 day of October, 2012.

TAYLOR, DAY, GRIMM, BOYD & JOHNSON

*Carol M. Bishop*

**Carol M. Bishop**
Florida Bar No.: 0821357
Email: cmb@taylordaylaw.com
**Reed W. Grimm**
Florida Bar No.: 602353
Email: rwg@taylordaylaw.com
50 North Laura Street, Suite 3500
Jacksonville, Florida 32202
(904) 356-0700 Telephone
(904) 356-3224 Facsimile
Attorneys for Defendant National Fire & Marine Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing has been furnished to the following via U.S. Mail on this 25 day of October 2012:

**Professional Plastering's Attorney:**
Steven R. Schooley, Esquire
The Schooley Law Firm
108 Hillcrest Street
Orlando, Florida 32801

**Admiral Insurance Company's Attorney:**
Karen Marie Walker, Esquire
The Rock Law Group, P.A.
1760 Fennell Street
Maitland, Florida  32751

**Essex's Attorney:**
Richard E. Zelonka, Jr., Esquire
Fields, Howell, Athans & McLaughlin LLP
191 Peachtree St. N.E., Suite 4600
Atlanta, Georgia 30303

_____
Attorney