| | |
|---|---|
| About Us ▽ | |
| Online Payments ▽ | |
| Court Search ▽ | |
| Civil Dockets | |
| Criminal Dockets | |
| Foreclosures | |
| Tax Deed Sales | |
| E-Filing ▽ | |
| Official Records Search ▽ | |
| Jury Duty ▽ | |
| BCC Information ▽ | |
| Law Library ▽ | |

## Detailed Information for Case 2012CA004627

Case Number: 2012CA004627    Judge: MICHAEL J. RUDISILL
Date Filed: 09/12/2012    Case Type: OTHER-INSURANCE CLAIMS

Plantiffs:
- PROFESSIONAL PLASTERING & STUCCO INC

Defendants:
- ADMIRAL INS CO
- ESSEX INS CO
- NATIONAL FIRE & MARINE INS CO

| Date | Code | Description |
|---|---|---|
| 09/12/2012 | SUMI | SUMMONS ISSUED - 3 |
| 09/12/2012 | CCST | CIVIL COVER SHEET |
| 09/12/2012 | CMPL | COMPLAINT FILED |



EXHIBIT A