UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:12-cv-1613-Orl-19DAB

PROFESSIONAL PLASTERING &
STUCCO, INC.,

      Plaintiff,

vs.

ADMIRAL INSURANCE COMPANY,
NATIONAL FIRE & MARINE
INSURANCE COMPANY, ESSEX
INSURANCE COMPANY,

      Defendants.
_____/

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff, Professional Plastering & Stucco, Inc., pursuant to Local Rule 3.08 and the December 4, 2012 Case Management and Scheduling Order (see Section VII, paragraph C at page 13) (Doc. No. 32), and provides Notice of Partial Settlement as follows:

1. The partial resolution of this action was consummated in mediation proceedings between the Parties and the South Carolina Judgment Holder. (See the South Carolina Judgment attached at Doc. No. 3-1, at page 14 of 35).

2. Settlement terms particularly pertinent and applicable to the current status of the present case are:

    (A.)  Admiral Insurance Company is dismissed from this action with prejudice.

      (B.)    Essex Insurance Company is dismissed from this action with prejudice.

      (C.)    South Carolina Judgment Holder as the assignee of Plaintiff's claims against National Fire & Marine Insurance Company may:

1. direct dismissal of Defendant, National Fire & Marine Insurance Company without prejudice to permit further proceedings against the Defendant in South Carolina and/or

2. substitute others for Plaintiff's counsel to continue proceedings in this matter in Florida.

3. The settlement terms described above are abbreviated to only address matters pertinent to administration of the present case and are not intended to fully set forth all settlement terms between the Parties.

This Notice provided this 18th day of July 2013.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2013, I served Plaintiff, Professional Plastering & Stucco, Inc.'s Notice of Partial Settlement electronically to the following:

Andrew P. Rock, Esquire -      arock@rocklawpa.com

Nicholas R. Manzoli, Esquire –      nmanzoli@rocklawpa.com

Carol M. Bishop, Esquire –   cmb@taylordaylaw.com

Richard E. Zelonka, Jr., Esquire –   rzelonka@fieldshowell.com

s/ Steven R. Schooley, Esq.
Steven R. Schooley, Esq.
Florida Bar No. 656577
The Schooley Law Firm
108 Hillcrest Street
Orlando, FL 32801
Telephone:   (407) 377-6300
Facsimile:   (407) 377-6036

Attorney for Plaintiff,
Professional Plastering & Stucco, Inc.